JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAGOON TEXTILE, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>UNITED SPECIALITY INSURANCE COMPANY AND DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01539 DSF (AGRx)<br><br>**ORDER FOR DISMISSAL**<br><br>Complaint Filed:  February 1, 2023<br>Trial Date:            March 26, 2024 |

## ORDER

The parties having settled the case and stipulated to dismissal, and good cause appearing therefor, the Court hereby dismisses this case, with prejudice. The trial and all pre-trial dates are vacated.

DATED: June 5, 2023          By: /s/ Dale S. Fischer

UNITED STATES DISTRICT JUDGE